# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT J. CLARK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO;<br>DEPUTY MICHAEL R. BUTLER;<br>DEPUTY CHRISTOPHER M.<br>BRITTON; DEPUTY GUSTAVUS<br>B. YOUNGBERG, III; DEPUTY<br>AARON C. MARION; DEPUTY<br>KEVIN M. DARLING AND DEPUTY<br>DARREN C. BENATO<br><br>　　　　Defendants.<br>_____ / | CASE NO.   2:05-CV-01329 DFL/PAN<br><br>**[proposed] ORDER PERMITTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br><br>Original Complaint Filed: 07/20/05 |

The court, having reviewed the Stipulation and Request for Order Permitting Plaintiff to File a First Amended Complaint, hereby determines that good cause has been shown for plaintiff to file his First Amended Complaint.

It is hereby Ordered that plaintiff BRENT J. CLARK shall file and serve said First Amended Complaint forthwith.

　　　　　　　　　　　　　　　　　　　　/s/ David F. Levi
　　　　　　　　　　　　　　　　　　　　DAVID F. LEVI
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

**ORDER PERMITTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**