**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
David A. Melton, SBN 176340
Molly M. Ryan, SBN 228646
350 University Avenue, Suite 200              OK/HAV
Sacramento, California 95825
(916) 929-1481 Office
(916) 927-3706 Facsimile

Attorneys for Defendants COUNTY OF SACRAMENTO, SERGEANT MICHAEL ROBERT BUTLER, DEPUTY CHRISTOPHER MATTHEW BRITTON, DEPUTY GUSTAVUS BENSON YOUNGBERG, III, DEPUTY AARON CHRISTOPHER MARINO, DEPUTY KEVIN MARTIN DARLING, DEPUTY DARREN CHRISTOPHER BENATO

Daniel S. Glass, SBN 140819
1006 Fourth Street, 10th Floor
Sacramento, CA 95814
(916) 447-5697 Office
(916) 447-6697 Facsimile

Attorney for Plaintiff BRENT J. CLARK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT J. CLARK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; DOE COMMANDER OF THE SACRAMENTO COUNTY JAIL; DOE SHERIFF'S DEPUTY #1; DOE SHERIFF'S DEPUTY #2; DOE SHERIFF'S DEPUTY #3; DOE SHERIFF'S DEPUTY #4,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 2:05-CV-01329 DFL/EFB<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL DATE**<br><br>Complaint Filed:　06/30/05<br>Trial Date:　　　01/29/07 |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff BRENT J.

CLARK and Defendants COUNTY OF SACRAMENTO, SERGEANT MICHAEL ROBERT

1

BUTLER, DEPUTY CHRISTOPHER MATTHEW BRITTON, DEPUTY GUSTAVUS BENSON YOUNGBERG, III, DEPUTY AARON CHRISTOPHER MARINO, DEPUTY KEVIN MARTIN DARLING and DEPUTY DARREN CHRISTOPHER BENATO subject to the approval of the Court, that the trial of the above-entitled case shall be continued.  The trial date is rescheduled for February 26, 2007.  The parties shall file their Joint Final Pre-Trial Statement on January 12, 2007.  The Final Pre-Trial Conference is set for January 19, 2007 at 2 p.m..

Dated:  November 16, 2006         PORTER, SCOTT, WEIBERG & DELEHANT
                                  A Professional Corporation


                                  By  /S/
                                       Molly M. Ryan
                                       Attorney for Defendants



Dated:  November 9, 2006          Law Office of Daniel S. Glass


                                  By  /S/
                                       Daniel S. Glass
                                       Attorney for Plaintiff



**O R D E R**

**IT IS SO ORDERED.**


Dated November 17, 2006

                                  By  /s/  David  F.  Levi
                                  Honorable David F. Levi
                                  United States District Judge